# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2020

Bridget M. McCormack,
Chief Justice

159118(69)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
PEOPLE OF THE STATE OF MICHIGAN,          Richard H. Bernstein
      Plaintiff-Appellee,          Elizabeth T. Clement
Megan K. Cavanagh,

v          SC: 159118          Justices
COA: 338601
Jackson CC: 16-004024-FC

PERCY EDWARD TAYLOR,
      Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's September 30, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020



a0127

Clerk